UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

TYRONE DAVENPORT                                     CIVIL ACTION

VERSUS                                               NUMBER: 15-2385

MARLIN G. GUSMAN, ET AL.                             SECTION: "N"(5)

## ORDER

The Court, having considered the complaint, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the failure of Plaintiff to file any objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion herein.

Accordingly,

IT IS ORDERED that Defendants' Rule 12(b)(6) motion is granted and that Plaintiff's suit is dismissed with prejudice.

New Orleans, Louisiana, this 23rd day of September, 2015.

                                                      KURT D. ENGELHARDT
                                           UNITED STATES DISTRICT JUDGE